Dear Clerk

I'm asking for a lawyer to represent me in my case; Case # 1:05-CV-631 (GMS). I also have 3 wittnesses to testifie in my behalf, thay were present when the guards asalted me. Thay are willing to testifie in my Behalf. There names are Deion R. Brown Sr. SBI Numbe 00199450, Michael Rose, I do not know his SBI Number, he is here in D.C.C. and my 3rd wittness is Donald Mitten SBI number 303547. When and if we go to trial, I'm asking for these wittnesses to be supena.

Thank You
Jack William Wolf
SBI #0093532
Unit C-C-L-5
D.C.C.
1181 Paddock Road
Smyrna, Delaware
19977



FILED
JAN - 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned