OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

DATE:           January 5, 2006

TO:             Jack William Wolf

RE:             05-631 (GMS) and 04-130 (GMS)

DOCUMENT TITLE: Request for Appointment of Counsel and Subpoenas for Witnesses

As noted below, a document or a courtesy copy has been filed in the above noted case which ***does not conform*** to one or more of the Administrative Procedures Governing Filing and Service by Electronic Means, or other local rules/practices. **The Court will take no action on the filed document until the following discrepancies are corrected:**

☐ Copy must be properly bound. Rubber bands and binder clips are not acceptable bindings (e.g. Brief, Appendix).

☐ Courtesy copy not received by next business day.

☐ Redacted copy of sealed document not received within 5 business days.

☐ Pro Hac Vice fee not yet paid.

☐ The attorney account used for filing a document does not agree with the signature (either electronic or /s/) on the document.

☐ Certificate of Service not included with the document.

☐ Discovery document(s) erroneously filed: DI# _____ will be removed from the docket.

☐ 7.1.1 statement required with non-dispositive motions was not included with the document.

☐ Request for extension of discovery or trial deadline lacks proof of notification to the client, or lacks the reasons for the request.

☐ Brief exceeds the page limitations _____.

☐ Brief does not include a paginated table of contents/citations.

☐ Diskette or CD exceeds 2.5 megabytes. Please divide document into multiple files that do not exceed the size limitation and resubmit to the Clerk's Office for filing.

☐ Document not in PDF format. Provide disk/CD with document in PDF format.

☐ Document not readable in PDF reader, or ☐ appears to be missing pages.

**X  Other: 05-631 GMS, along with 04-130 GMS, are closed. See attached docket sheets.**

If there are any questions concerning this matter, please do not hesitate to contact this office. Also, *ECF Tips* on our web site may be of interest to you, viewable at **http:www.ded.uscourts.gov**.

cc:   Assigned Judge

(Rev. 5/05)

Deputy Clerk

Dear Clerk

I'm asking for a lawyer to represent me in my case; Case n 1:05-CV-631(GMS). I also have 3 wittnesses to testifie in my behalf, thay were present when the guards asalted me. Thay are willing to testifie in my Behalf. There names are Deion R. Brown Jr. SBI Number 00199450, Michael Rose, I do not know his SBI Number, he is here in D.C.C. and my 3rd wittness is Donald Mitten SBI Number 303547. When and if we go to trial, I'm asking for these wittnesses to be supena.

Thank You
Jack William Wolf
SBI #0093532
unit C-C-L-5
D.C.C.
1181 Paddock Road
Smyrna, Delaware
19977

FILED
JAN - 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned